HILL v. DEAN.

BECK, P. J. Under the conflicting evidence upon the controlling issues in this case, the judge did not abuse his discretion in refusing the injunction prayed.          *Judgment affirmed. All the Justices concur.*

No. 4068.   APRIL 24, 1924.

Petition for injunction. Before Judge Wright. Floyd superior court. October 6, 1923.

*Henry Walker,* for plaintiff.

*Denny & Wright,* for defendant.